IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00290-CR

 

William Rayford Brent,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 278th District Court

Leon County, Texas

Trial Court No. CM-05-484

 



ABATEMENT ORDER



 








          Appellant’s brief is overdue, and
after notice to appellant’s counsel to file a brief or extension request, none
has been filed.  Therefore, we abate this cause to the trial court for a
hearing to determine: (1) why a brief has not been filed on appellant’s behalf;
(2) whether counsel has abandoned the appeal; (3) whether appellant still
desires to proceed with the appeal; and (4) whether appellant desires
self-representation.  See Tex.
R. App. P. 38.8(b)(3); Fewins v. State, 170 S.W.3d 293 (Tex. App.—Waco
2005, order).

The trial court shall conduct the hearing within
30 days after the date of this order.  The trial court clerk and the court
reporter shall file supplemental records within 45 days after the date of this order. 
See Fewins, 170 S.W.3d at 296-97.

PER CURIAM

 

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Order issued and filed
April 25, 2007

Do not publish                                                                 

[CR25]